RECEIVED
APR 16 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JAIMIE McCANN                           DOCKET NO: 11-CV-1663; SEC. P

VERSUS                                  JUDGE James Trimble, Jr.

STATE OF LOUISIANA, ET AL.              MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's claims be and are hereby DENIED and DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 16th day of April, 2012.

~~DEE D. DRELL~~ James Trimble, Jr.
UNITED STATES DISTRICT JUDGE